UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICOLE LAYMAN; MARK MARVIN,

                        Petitioners,

              -against-

SHERIFF, ORANGE COUNTY, NY,

                        Respondent.

21-CV-10907 (LTS)

ORDER DIRECTING PAYMENT OF FEE
OR IFP APPLICATION

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Petitioner Mark Marvin, proceeding *pro se*, brings this petition for a writ of *habeas corpus* seeking to act as "next friend" for Nicole Layman. To proceed with a petition for a writ of *habeas corpus* in this Court, a petitioner must either pay the $5.00 filing fee or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

      Petitioner Marvin submitted the petition without the filing fee or an IFP application. Within thirty days of the date of this order, Petitioner must either pay the $5.00 filing fee or complete and submit the attached IFP application. If Petitioner submits the IFP application, it should be labeled with docket number 21-CV-10907 (LTS).

      The Clerk of Court is directed to mail a copy of this order to Petitioners and note service on the docket. No answer shall be required at this time. If Petitioner fails to comply with this order within the time allowed, the action will be dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   December 22, 2021
         New York, New York

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                       Chief United States District Judge