UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE H. LAYMAN, by next friend MARK MARVIN,

                Petitioner,

-against-

SHERIFF, ORANGE COUNTY JAIL,

                Respondent.

21-CV-10907 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued January 14, 2022, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed without prejudice because Mark Marvin lacks standing to bring this application. Because the petition at this time makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    January 14, 2022
           New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge